IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-197-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AKEEM NETRON HOLDER, | ) | |
| | ) | |
| Defendant. | ) | |

On July 9, 2014, the court entered judgment against Akeem Netron Holder ("Holder") [D.E. 38]. On September 15, 2014, Holder filed a pro se motion to obtain his sentencing transcript and copies of the docket sheet, discovery, judgment, and other court documents [D.E. 41]. According to Holder, the requested documents are needed to prepare a motion under 28 U.S.C. § 2255. Holder states that he is indigent and asks the court to provide free copies of the documents. The motion has been referred to the clerk of court for disposition. For the reasons stated, Holder's motion for free copies of the sentencing transcript and court documents is denied [D.E. 38].

Holder has not filed a notice of appeal, nor sought other post-judgment relief. In his motion, Holder fails to explain why the sentencing transcript and other requested documents are necessary to any subsequent proceeding. Thus, Holder has not shown a particularized need for the documents at government expense. See Jones v. Superintendent, Va. State Farm, 460 F.2d 150, 152-53 (4th Cir. 1972). Further, he is not entitled "merely to comb through the record in the hope of discovering some flaw." United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963). Accordingly, Holder's motion for free copies of the sentencing transcript and court documents is DENIED [D.E. 41].

SO ORDERED. This 9th day of October 2014.

Julie A. Richards, Clerk of Court