UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:13-CR-197-1FL

| | | |
|---|---|---|
| **United States Of America** | ) | **AMENDED JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Akeem Netron Holder** | ) | |
| | ) | |

On July 9, 2014, Akeem Netron Holder appeared before the Honorable Louise W. Flanagan, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession With Intent to Distribute 28 Grams or More of Cocaine Base (Crack), 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B) was sentenced to the custody of the Bureau of Prisons for a term of 100 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 48 months upon release from imprisonment. Akeem Netron Holder was released from custody and the term of supervised release commenced on September 11, 2018.

From evidence presented at the revocation hearing on September 11, 2018, the court finds as a fact that Akeem Netron Holder, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to abide by all of the conditions and terms of the home confinement/electronic monitoring program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of time served.

**IT IS FURTHER ORDERED** that upon release from custody the defendant be placed on supervised release for a term of 24 months under the standard conditions of supervised release, previously ordered special conditions, and the following additional conditions: (1) the defendant shall participate in the DROPS program and (2) the defendant shall resume the previously ordered location monitoring condition not to exceed the remaining balance of 28 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 10th day of October, 2018.

_____
Louise W. Flanagan
U.S. District Judge