UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Akeem Netron Holder                                     Docket No. 5:13-CR-197-1FL

## Petition for Action on Supervised Release

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Akeem Netron Holder, who, upon an earlier plea of guilty to Possession With Intent to Distribute 28 Grams or More Cocaine Base (Crack), 21 U.S.C. §841(a)(1) and 21 U.S.C. §841(b)(1)(B), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on July 9, 2014, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Akeem Netron Holder was released from custody on September 11, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 3, 2018, the defendant submitted a drug test that tested positive for cocaine after laboratory analysis. The defendant continues to participate in the HOPE court program and is active in treatment. The defendant signed an admission form admitting substance use and a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 120 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Jeffrey L. Keller                           /s/ Taylor R. O'Neil
Jeffrey L. Keller                               Taylor R. O'Neil
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                Raleigh, NC 27601-1441
                                                Phone: 919-861-8698
                                                Executed On: October 18, 2018

**Akeem Netron Holder**
**Docket No. 5:13-CR-197-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __19th__ day of __October__, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge